IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSIE BADGER, individually and on behalf of all others similarly situated,<br>Plaintiff, | )<br>)<br>) | |
| vs | )<br>)<br>) | Civil Action No. 16-1183 |
| BURGER KING CORP.,<br>Defendant. | )<br>)<br>)<br>) | |

HEARING ON TELEPHONE STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiff:
Benjamin J. Sweet

Appearing for Defendant:
Aaron Blynn
Mike Joblove

Hearing begun: 10-30-17 at 1:35 p.m.

Hearing concluded: 1:45 p.m.

Stenographer: none

OUTCOME

1. All deadlines on hold pending settlement discussions.
2. Telephone status conference scheduled for November 21, 2017 at 1:00 p.m.  Counsel should call 1-888-363-4749 and enter passcode 6743157#.