# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BURGER KING CORPORATION, <br><br> Defendants. | Case No. 16-cv-01183-RCM |

## STIPULATION OF DISMISSAL

Plaintiff, Josie Badger, and Defendant, Burger King Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Josie Badger and Burger King Corporation;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Michael A. Pavlik* |
| Benjamin J. Sweet | Michael A. Pavlik |
| Edwin J. Kilpela | **K&L Gates LLP** |
| Bryan A. Fox | K&L Gates Center |
| **CARLSON LYNCH SWEET** | 210 Sixth Ave. |
| **KILPELA & CARPENTER, LLP** | Pittsburgh, PA 151222 |
| 1133 Penn Ave., 5th Floor | Phone: 412-355-6275 |
| Pittsburgh, PA 15222 | Fax: 412-355-6501 |
| T: (412) 253-6359 | |
| F: (412) 231-0246 | Aaron Blynn |
| | **Genovese Joblove & Battista, P.A.** |
| | 100 Southeast Second Street |
| | 44th Floor |
| | Miami, FL 33131 |
| | Phone: 305-349-2300 |
| | Fax: 305-349-2310 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on December 20, 2017.

*/s/ Benjamin J. Sweet*_____
